# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Factory 2–U Stores, Inc., a Delaware corporation  
4000 Ruffin Road  
San Diego, CA 92123–1866

**Chapter:** 7

**EIN:** 51–0299573  
See attached

**Case No.:** 04–10111–PJW

## NOTICE OF CONVERSION OF CHAPTER

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter 11 petition has been converted to a chapter 7 petition on 1/26/05.

David D. Bird, Clerk

Dated: 1/31/05

(VAN–031)