IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FACTORY 2-U STORES, INC., a/k/a | ) | Case No. 04-10111 (KG) |
| FACTORY 2-U, f/a/k/a GENERAL | ) | |
| TEXTILES, INC., f/a/k/a GENERAL | ) | |
| TEXTILES, f/a/k/a FAMILY BARGAIN | ) | |
| CORPORATION, f/a/k/a FAMILY | ) | |
| BARGAIN CENTER, | ) | |
| | ) | |
| Debtor. | ) | |

## CHAPTER 7 TRUSTEE'S STATUS REPORT

Jeoffrey L. Burtch, Chapter 7 Trustee in the above-captioned cases), through his undersigned counsel, hereby submits the following Status Report:

### Status

1.  On December 23, 2016, the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "Final Report") was filed [D.I. 5371].

2.  On December 28, 2016, Jeoffrey L. Burtch, the Chapter 7 Trustee in the above-captioned case (the "Trustee") filed his Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [D.I. 5372].

3.  On February 13, 2017, this Court entered the Amended Order of Distribution [D.I 5405] and thereafter, the Trustee distributed the funds per the Order in the amount of $10,359,118.03 to creditors.

4.  Currently, the Estate has $606,254.86 remaining from the Trustee's distribution. The Trustee anticipates filing a motion pursuant to 11 U.S.C. § 347(a) to turnover any remaining funds to the unclaimed registry.

5.      The Estate also has $10,515.90 that will need to be distributed to all allowed creditors with outstanding claim amounts, after the turnover is completed.

                                                LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                                */s/ M. Claire McCudden*
                                                M. Claire McCudden, (DSB# 5036)
                                                919 North Market Street, Suite 460
                                                Wilmington, DE 19801
                                                (302) 472-7420
                                                (302) 792-7420 Fax
                                                cmccudden@skaufmanlaw.com

                                                Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: August 24, 2018